**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00036-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOHN ECHTENKAMP,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to a conflict arising on the court's calendar, the change of plea hearing set for April 2, 2010, at 11:00 a.m., is **VACATED** and is **RESET** to April 2, 2010, at **2:30 p.m.**

      Dated: March 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.